1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE ANTHONY J. BATTAGLIA)**

11 | UNITED STATES OF AMERICA,       ) Case No. 07MJ2774
                                     )
12 |        Plaintiff,                )
                                     )
13 | v.                               ) **NOTICE OF APPEARANCE**
                                     )
14 | **HUMBERTO LEYVA-ROMERO**,       )
                                     )
15 |                                  )
   |        Defendant.                )
16 | _____)

17      Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18 R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                              Respectfully submitted,

21

22 Dated: November 30, 2007          /s/ *Robert R. Henssler, Jr.*
                                     **ROBERT R. HENSSLER, JR.**
23                                   Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org
24                                   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 30, 2007          */s/ Robert R. Henssler, Jr.*
                                  **ROBERT R. HENSSLER, JR.**
                                  Federal Defenders of San Diego, Inc.
                                  Robert_Henssler@fd.org