FILED

JAN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 0157-DMS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 1001 – |
| HUMBERTO LEYVA-ROMERO | ) | False Statement to a Federal |
| | ) | Officer |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about November 27, 2007, within the Southern District of California, defendant HUMBERTO LEYVA-ROMERO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to United States Border Patrol Agent that his name was _____, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: ___1/17/08___.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney