AO 455(Rev. 5/85) Waiver of Indictment

#3 (CALENDAR)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| HUMBERTO LEYVA-ROMERO | CASE NUMBER: 08CR0157-DMS<br>307 mJ 02774-AJB-1 |

I, __HUMBERTO LEYVA-ROMERO__ , the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __01-17-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Humberto Leyva R._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY